IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAHENDRA PRASAD,<br><br>Defendant and Judgment Debtor.<br><br>WELLS FARGO BANK,<br>(and its Successors and Assignees)<br><br>Garnishee. | Old Misc. Case No.: 1:18-MC-00013-LJO<br><br>New Misc. Case No.: 1:18-MC-00013-LJO-SAB<br><br>Criminal Case No.: 1:15CR00045-LJO<br><br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAHENDRA PRASAD,<br><br>Defendant and Judgment Debtor.<br><br>TECHNOLOGY CREDIT UNION,<br>(and its Successors and Assignees)<br><br>Garnishee. | Old Misc. Case No.: 1:18-MC-00016-SAB<br><br>New Misc. Case No.: 1:18-MC-00016-LJO-SAB<br><br>Criminal Case No.: 1:15-CR-00045-LJO |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the actions to the same judge and

magistrate judge is likely to achieve a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 1:18-MC-00013-LJO and 1:18-MC-00016-SAB, be reassigned to district judge Lawrence J. O'Neill and magistrate judge Stanley A. Boone for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 1:18-MC-00013-LJO-SAB and 1:18-MC-00016-LJO-SAB.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 3008 and 28 U.S.C. § 636(b)(1)(B) the matters are referred to the magistrate judge to the extent permitted by law.

IT IS SO ORDERED.

Dated: **June 27, 2018**         /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE