IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAHENDRA PRASAD,<br><br>Defendant and Judgment Debtor.<br><br>WELLS FARGO BANK,<br>(and its Successors and Assignees)<br><br>Garnishee. | Case No.: 1:18-mc-0013-LJO-SAB<br><br>ORDER REQUIRING THE GOVERNMENT TO FILE SUPPLEMENTAL BRIEFING WITHIN FIVE DAYS |

Currently pending before the Court is the United States' application pursuant to section 3205(c)(7) of the Federal Debt Collection Procedure Act ("FDCPA") 28 U.S.C. §§ 3001, et seq., for a final order garnishing the property and accounts Mahendra Prasad ("Defendant") maintains at garnishee Wells Fargo Bank. The Government seeks a final order of garnishment for restitution ordered after Defendant pled guilty to a single count of mail fraud in violation of 18 U.S.C. § 1341 which has been awarded in a separate action. U.S. v. Mahendra Prasad, case No. 1:18-mc-00016-LJO-SAB (E.D. Cal. July 26, 2019).

On March 19, 2018, he Government filed an application for a writ of garnishment for bank accounts at Wells Fargo Bank. (ECF No. 1.) On March 20, 2018, the writ of garnishment was entered and Wells Fargo was served with a copy of the writ. (ECF Nos. 3, 4.) Based on Wells Fargo Bank's

acknowledgement of service and answer of garnishee three accounts have been identified of which Defendant is a joint owner. Defendant and Padma W. Khetan are the joint owners of account no. XXXXXX-7641 with a balance of 480.08; Defendant and Anand Prasad are joint owners of account no. XXXXXX-0104 with a balance of $2,415.59; and Defendant and Sarita Prasad are joint owners of account no. XXXXX-7926 with a balance of $490.59. (ECF No. 9.) The Government has provided evidence that Sarita Prasad and Anand Prasad were served with copies of the writs and related documents and the answer and related case order in this matter. However, the record is devoid of any evidence that Padma Khetan has been served with the documents in this action, nor does the current application address service upon her.

Accordingly, IT IS HEREBY ORDERED that within five (5) days of the date of entry of this order, the Government shall file additional briefing addressing service in this action on Padma Khetan.

IT IS SO ORDERED.

Dated: **November 1, 2019**

_____
UNITED STATES MAGISTRATE JUDGE